UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA CASTRO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 20-cv-02773-JD

**ORDER OF DISMISSAL**

    Petitioner, a federal prisoner, filed a habeas petition. Court mail that the clerk sent to petitioner at her last known address has been returned as undeliverable. Petitioner has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: September 24, 2020

JAMES DONATO  
United States District Judge